**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-7047**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALVIN BASS,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-90-352-A, CA-97-754-AM)

—————————

Submitted:  December 11, 1997      Decided:  December 30, 1997

—————————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Alvin Bass, Appellant Pro Se.  Cathleen Ann Tutty, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Bass, No. CR-90-352-A; CA-97-754-AM (E.D. Va. May 29, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED